# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 1:08-cv-01653

Aubrey Locke

vs.

TransUnion, LLC & Northern Illinois Gas Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Trans Union, LLC

| |
|---|
| NAME (Type or print) <br> Christopher T. Lane |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher T. Lane |
| FIRM <br> Schuckit & Associates, P.C. |
| STREET ADDRESS <br> 10 W. Market Street, Suite 3000 |
| CITY/STATE/ZIP <br> Indianapolis, IN  46204 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 21704-49 | TELEPHONE NUMBER <br> 317-363-2400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **ATTORNEY APPEARANCE FORM** has been filed electronically on the 9th day of June, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing **ATTORNEY APPEARANCE FORM** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 9th day of June, 2008, properly addressed as follows:

| Walid Joseph Tamari, Esq.<br>Tamari & Blumenthal, LLC<br>55 W. Monroe Street, Suite 2370<br>Chicago, IL 60603 | |
|---|---|

*s/ Christopher T. Lane*
Christopher T. Lane, Esq. (IL #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: clane@schuckitlaw.com

*Counsel for Trans Union, LLC*