# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Aubrey Locke

vs.

TransUnion, LLC & Northern Illinois Gas Company

Case Number: 1:08-cv-01653

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Trans Union, LLC

| | |
|---|---|
| **NAME (Type or print)** <br> William R. Brown | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ William R. Brown | |
| **FIRM** <br> Schuckit & Associates, P.C. | |
| **STREET ADDRESS** <br> 10 W. Market Street, Suite 3000 | |
| **CITY/STATE/ZIP** <br> Indianapolis, IN 46204 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 26782-48 | **TELEPHONE NUMBER** <br> 317-363-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **ATTORNEY APPEARANCE FORM** has been filed electronically on the 9th **day of June, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing **ATTORNEY APPEARANCE FORM** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 9th **day of June, 2008**, properly addressed as follows:

| | |
|---|---|
| Walid Joseph Tamari, Esq.<br>Tamari & Blumenthal, LLC<br>55 W. Monroe Street, Suite 2370<br>Chicago, IL  60603 | |

*s/ William R. Brown*
William R. Brown, Esq. (IL #26782-48)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*