UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| AUBREY LOCKE,<br>            Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC, a Delaware limited liability company; NORTHERN ILLINOIS GAS COMPANY, an Illinois corporation;<br>            Defendants. | CASE NO. 1:08-cv-01653<br><br>Judge Samuel Der-Yeghiayan<br><br>**JURY TRIAL DEMANDED** |

**TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union, LLC, by counsel, submits this Disclosure Statement pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2:

All affiliates of the party: Trans Union Corp.

Respectfully submitted,

*s/ William R. Brown*
William R. Brown, Esq. (IL #26782-48)
Christopher T. Lane, Esq. (IL #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
E-Mail:  clane@schuckitlaw.com

*Counsel for Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT** has been filed electronically on the **9th day of June, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing **TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of June, 2008**, properly addressed as follows:

| Walid Joseph Tamari, Esq.<br>Tamari & Blumenthal, LLC<br>55 W. Monroe Street, Suite 2370<br>Chicago, IL  60603 | |
|---|---|

*s/ William R. Brown*
William R. Brown, Esq. (IL #26782-48)
Christopher T. Lane, Esq. (IL #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
E-Mail:  clane@schuckitlaw.com

*Counsel for Trans Union, LLC*