## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08CV1653

AUBREY LOCKE
v.
TRANSUNION, LLC & NORTHERN ILLINOIS GAS
COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NORTHERN ILLINOIS GAS COMPANY

| | |
|---|---|
| NAME (Type or print)<br>MARK D. ROTH | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark D. Roth | |
| FIRM<br>ORUM & ROTH, LLC | |
| STREET ADDRESS<br>53 W. JACKSON BLVD., STE. 1616 | |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6196815 | TELEPHONE NUMBER<br>312-922-6262 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |