## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                  Case Number: 08CV1653
AUBREY LOCKE
v.
TRANSUNION, LLC & NORTHERN ILLINOIS GAS COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NORTHERN ILLINOIS GAS COMPANY

| | |
|---|---|
| NAME (Type or print) <br> BEATA BUKRANOVA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ BEATA BUKRANOVA | |
| FIRM <br> ORUM & ROTH, LLC | |
| STREET ADDRESS <br> 53 W. JACKSON BLVD., STE. 1616 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282593 | TELEPHONE NUMBER <br> 312-922-6262 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |