## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:08-cv-01653
Aubrey Locke

vs.

Trans Union, LLC & Northern Illinois Gas Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Trans Union, LLC

| |
|---|
| NAME (Type or print) <br> Robert J. Schuckit |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert J. Schuckit |
| FIRM <br> Schuckit & Associates, P.C. |
| STREET ADDRESS <br> 10 W. Market Street, Suite 3000 |
| CITY/STATE/ZIP <br> Indianapolis, Indiana  46204 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183900 | TELEPHONE NUMBER <br> 317-363-2400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **ATTORNEY APPEARANCE FORM** has been filed electronically on the **24th day of July, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Mark D. Roth, Esq.<br>markdroth@gmail.com | Beata Bukranova, Esq.<br>email@orumroth.com<br>bbukranova@yahoo.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing **ATTORNEY APPEARANCE FORM** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of July, 2008**, properly addressed as follows:

| **for Plaintiff Aubrey Locke**:<br>Walid Joseph Tamari, Esq.<br>Tamari & Blumenthal, LLC<br>55 W. Monroe Street, Suite 2370<br>Chicago, IL  60603 | |
|---|---|

 

*s/ Robert J. Schuckit*
Robert J. Schuckit (IL #6183900)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Trans Union, LLC*