**IN THE UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AUBREY LOCKE., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No: 08 CV 1653 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| TRANSUNION, LLC a Delaware limited liability, ) | Magistrate Judge Nolan |
| Company, NORTHERN ILLINOIS ) | |
| GAS COMPANY, an Illinois corporation, ) | |
| ) | |
| Defendants. ) | |

**INITIAL STATUS REPORT**

NOW COMES the Defendants, Northern Illinois Gas Company ("Nicor) and TransUnion

LLC ("TransUnion"), through their respective attorneys in this matter, and for the parties' Initial

Status Report states:

      A.  Identity of attorneys of record for each party, including lead trial attorney:

Plaintiff, Locke
Walid Joseph Tamari(lead attorney)
Tamari & Blumenthal, LLC
55 W. Monroe
Chicago, IL 60603
Email: wtamari@tamblum.com

Defendant, Nicor
Mark D. Roth(lead attorney)
Beata Bukranova
Orum & Roth, LLC
53 W. Jackson Blvd.
Chicago, IL 60604
Email: email@orumroth.com

Defendant, TransUnion
William R. Brown, Esq.
Christopher T. Lane, Esq.
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market St., Suite 3000
Indianapolis, IN 46204
Email: wbrown@schuckitlaw.com
Email: clane@schuckitlaw.com

B.    Nature of Claims and Counterclaims:

Plaintiff has filed an action against Nicor Gas and TransUnion for claimed

violations of the Fair Credit Reporting Act, Illinois Consumer Fraud Act

and common law defamation.

C.    Relief sought by plaintiff:

Plaintiff seeks monetary damages of an unspecified amount as against each

Defendant.

D.    Names of parties not served:

None.

E.    Principal legal issues:

The principal legal issues are the applicability of the Illinois Consumer Fraud Act
to this case.

F.    Principal factual issues:

Whether the Defendants properly reported Plaintiff's non-payment for natural gas
service;
Whether Defendants have reasonable procedures in place related to credit
reporting under the Fair Credit Reporting Act;
Whether Plaintiff incurred damages proximately caused by defendants; and
Whether the Plaintiff mitigated damages

F.    List of pending motions and brief summary of bases for motion:

None.

G.    Descriptions of discovery requested and exchanged:

No discovery has been exchanged at this time.

H.    Type of discovery needed:

Interrogatories, Requests to Produce, Requests to Admit and Deposition

testimony.

1.    Proposed dates for Rule 26(a)(1) disclosures, fact discovery completion, expert

discovery completion (including dates for the delivery of expert reports),and

filing of dispositive motions:

2.    Initial disclosures pursuant to Rule 26(a)(1) shall be completed no later than

August 15, 2008.

3.    Facts discovery:

  a.  Initial interrogatories and requests to produce to be tendered by

       August 22, 2008;

  b.  All fact discovery to be completed by May 29, 2009.

4.    Expert discovery:

  a.  All expert discovery to be completed by May 29, 2009.

  b.  No later than 30 days prior to the date in paragraph 3b, the

       parties shall meet and confer on a schedule for expert

       disclosure, including reports, production of underlying

       documents and depositions provided that (a) Plaintiff's expert

       report shall be due before those of the Defendants' experts; and

       (b) all expert discovery shall be completed by the dates put

       forth in paragraph 4a.

5.    Date for filing of dispositive motions: September 30, 2009.


  I.    Estimation of when the case will be ready for trial:

March 2010

  J.    Probable length of trial:

       3-5 days

3

K.     Whether a request has been made for a jury trial:

Plaintiff has requested a jury trial.

L.     Whether there have been settlement discussions and if so the outcome of those discussions:

The parties have not held settlement discussions at this time.

M.     Whether the parties consent to proceed before a Magistrate Judge:

The parties do not consent to appear before the Magistrate Judge for all proceedings including trial.


Aubrey Locke                                    Northern Illinois Gas Company ("Nicor)


..................................              ..................................


Walid Joseph Tamari                             Mark D. Roth
TAMARI & BLUMENTHAL, LLC                        Orum & Roth, LLC
55 W. Monroe                                    53 W. Jackson
Chicago, IL 60603                               Chicago, IL 60604
(312) 236-6200                                  (312) 922-6262
Fax: (312) 416-7963                             Fax: (312) 922-7747


TransUnion, LLC


..................................


William R. Brown, Esq.
Christopher T. Lane, Esq.
Schuckit & Associates, P.C
30th Floor, Market Tower
10 W. Market St., Suite 3000
Indianapolis, IN 46204
(317) 363-2400
Fax: (317) 363-2257

4