IN THE CIRCUIT COURT OF NORTHERN DISTRICT OF ILLINOIS

Aubrey Locke |
|
Plaintiff(s) | Court No.: 08 CV 1653 RCC
VS. |
Transunion, LLC, et al., |
Defendant(s) |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Bia Tyk</u>, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: <u>Summons and Complaint</u>

Defendant to be served: <u>Northern Illinois Gas Company c/o Paul C. Gracey, Jr., as authorized agent for Northern Illinois Gas Company</u>

**SERVED** the within named defendant on: <u>5/28/2008 @ 9:38 AM</u>

ADDRESS WHERE ATTEMPTED OR SERVED: <u>1844 Ferry Rd.</u>
<u>Naperville, IL, 60563</u>
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age <u>51</u> Gender <u>Female</u> Race <u>Caucasian</u> Height <u>5-6</u> Weight <u>126-150</u> Hair <u>Blonde</u> Glasses <u>No</u>

✓ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with <u>Connie Cerutti</u>, (Title) <u>Legal Assistant</u>, a person authorized to accept service and informed that person of the contents thereof.

Additional Comments:
_____
_____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this <u>28</u> day of
<u>May</u>, 2008                                                   _____
                                                                  Signature of Process Server
Notary Public

> OFFICIAL SEAL
> YVETTE JOY HUISENGA
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:08/16/11

Job ID: 422468
File Number: 20-105

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 5/28/08 |
| NAME OF SERVER (PRINT)  Bia Tyk | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Donnie Cerbtti

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date       Signature of Server

_____
Address of Server

OFFICIAL SEAL
ANN CURTLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/02/11

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

422468