## IN THE CIRCUIT COURT OF NORTHERN DISTRICT OF ILLINOIS

Aubrey Locke

Plaintiff(s)

Court No.: 08 CV 1653 RCC

VS.

Transunion, LLC, et al.,

Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

_Mark Clinton_, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Summons and Complaint

Defendant to be served: TransUnion, LLC c/o Prentice Hall Corp., as Registered Agent for TransUnion, LLC

SERVED the within named defendant on: 5/27/2008 @ 10:40 AM

ADDRESS WHERE ATTEMPTED OR SERVED: 33 North LaSalle Street
Chicago, IL, 60602

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 30   Gender Female   Race Caucasian   Height 5-8   Weight 176-200   Hair Brown   Glasses No

✓ CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with Pam Feeney, (Title) Customer Service Rep, a person authorized to accept service and informed that person of the contents thereof.

Additional Comments:

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this 27 day of May, 2008

Notary Public

Signature of Process Server

OFFICIAL SEAL
MICHAEL MORIARTY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/16/11

Job ID: 422465
File Number: 20-105

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/27/08 |
| NAME OF SERVER (PRINT) Mark Clinton | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Pam Feeney

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date          Signature of Server  /s/ Mark Clinton

_____
Address of Server

OFFICIAL SEAL
ANN GURTLER
STATE OF ILLINOIS
MY COMMISSION EXPIRES...

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

422-465