**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Aubrey Locke
                       Plaintiff,

v.                                          Case No.: 1:08−cv−01653
                                                Honorable Samuel Der−Yeghiayan

TransUnion, LLC, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 01/22/09 at 9:00 a.m. All discovery shall be noticed in time to be completed by 10/31/08. Dispositive motions are to be filed by 11/28/08. Responses to the dispositive motions, if any, are to be filed by 12/12/08 and replies, if any, are to be filed by 12/19/08. In the event the parties believe a settlement conference with the Court would be useful, counsel are directed follow Judge Der−Yeghiayan's settlement conference procedures as outlined on his web page. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.